# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

In the Interest of E.T., J.T., C.T., A.U., S.U., and H.U., children.

M.O.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and
GUARDIAN AD LITEM PROGRAM,

Appellees.

No. 2D2023-2549
_____

April 17, 2024

Appeal from the Circuit Court for Hillsborough County; Daryl M. Manning, Judge.

Jonathan E. Hackworth of Hackworth Law, P.A., Tampa, for Appellant.

Mary Soorus of Children's Legal Services, Tampa, for Appellee Department of Children and Families.

Jennifer E. Jones of McIntyre Thanasides Bringgold Elliott Grimaldi Guito & Matthews, P.A., Defending Best Interests Project, Tampa; and Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Sarah Todd Weitz, Senior Attorney, Statewide Guardian Ad Litem Office, Tallahassee, for Appellee Guardian ad Litem.


PER CURIAM.

Affirmed.

SILBERMAN, LaROSE, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.